UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO PASCUAL ET AL.,
               Plaintiff,         21-cv-5147 (JGK)

    - against -                 ORDER

EDIE PARKER LLC,
               Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by October 8, 2021. The time for the defendant to move or answer the amended complaint is October 29, 2021. If the defendant makes a motion, the plaintiff will respond by November 12, 2021, and the defendant will reply by November 30, 2021.

SO ORDERED.
Dated:    New York, New York
           September 17, 2021

                                          John G. Koeltl
                                    United States District Judge