```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DOMINGO PASCUAL, ET AL.,

                Plaintiffs,

    - against -

EDIE PARKER LLC,

                Defendant.

21-cv-5147 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The October 12, 2021 conference in this case is **canceled**.

SO ORDERED.
Dated:    New York, New York
           October 5, 2021

                                          John G. Koeltl
                             **United States District Judge**